UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KECHARA HOUSE BUDDHIST ASSOCIATION MALAYSIA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JOHN DOES 1-3,<br><br>　　　　　Defendant. | Case No. 15-cv-00332-DMR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The court has received Plaintiff's separate case management statement. Good cause having been shown, the court grants Plaintiff an additional sixty days to serve the Doe Defendants. The initial Case Management Conference is CONTINUED to October 7, 2015 at 1:30 p.m. The joint Case Management Conference statement is due by September 30, 2015.

**IT IS SO ORDERED.**

Dated: June 18, 2015



Donna M. Ryu
United States Magistrate Judge